1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  CHAD M. MANDELL (ILBN 6286783)
   Special Assistant United States Attorney
5
6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile: (408) 535-5066

**GRANTED**
*Judge James Ware*
8/31/2009

8  Attorneys for Plaintiff

9

## UNITED STATES DISTRICT COURT

10

### NORTHERN DISTRICT OF CALIFORNIA

11

### SAN JOSE DIVISION

12

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR 09-00423 JW |
|                 Plaintiff,      ) | |
|                                 ) | STIPULATION TO CONTINUE |
|        v.                       ) | SENTENCING HEARING AND |
|                                 ) | [PROPOSED] ORDER |
| ISRAEL GONZALEZ-REYES,          ) | |
|                 Defendant.      ) | |

18

It is hereby stipulated by and between counsel for the UNITED STATES and counsel for the Defendant, ISRAEL GONZALEZ-REYES, that the September 14, 2009 sentencing hearing be continued to September 28, 2009.  This continuance is necessary

//
//
//
//
//
//
//

as counsel for the United States will be traveling on September 14, 2009, and hence unavailable. Finally, the U.S. Probation office has no objection to the change of date and will be available on September 28, 2009.

Dated this 27nd day of August, 2009.

                                      _____/s/_____
                                      CHAD MANDELL
                                      Special Assistant U.S. Attorney

Dated this 27nd day of August, 2009.

                                      _____/s/_____
                                        MANUEL U. ARAUJO, Esq.
                                      Assistant Federal Public Defender

GOOD CAUSE APPEARING,

      IT IS ORDERED that the date set for the sentencing hearing set for September 14, 2009 be continued for sentencing to September 28, 2009 at 1:30 p.m.

      Dated this _31_ day of August, 2009

                                      _____
                                      JAMES WARE
                                      United States District Judge