IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00423-1-JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| v. | ) | **THE SENTENCING HEARING TO** |
| | ) | **OCTOBER 5, 2009, AT 1:30 P.M.** |
| ISRAEL GONZALEZ-REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from September 28, 2009, to October 5, 2009, at 1:30 p.m.

Dated: September  25  , 2009

_____
HONORABLE JAMES WARE,
United States District Judge

Order Continuing Sentencing Hearing
No. CR-09-00423-1-JW                1